UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMRAWIT STONER,

                   Plaintiff,

v.

MISSION POINT MANAGEMENT
SERVICES, LLC,

                   Defendant.

_____/

Case No. 2:23-cv-10781

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

This matter having come before the Court on the stipulation of the parties and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are dismissed with prejudice and without costs or attorney fees to any party.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 5, 2025

1

Stipulated and agreed as to form and substance:

| | |
|---|---|
| **JOSEPHSON DUNLAP LLP** | **FISHER & PHILLIPS LLP** |
| **By:** <u>Olivia R. Beale (w/consent)</u> | By: <u>/s/ William E. Altman</u> |
| **Michael A. Josephson** | William E. Altman (P52788) |
| TX Bar No. 24014780 | Sarah G. Bennett (P85806) |
| **Andrew W. Dunlap** | 300 Park Street, Suite 370 |
| TX Bar No. 24078444 | Birmingham, MI 48009 |
| **Olivia R. Beale** | (248) 540-8019 |
| TX Bar No. 24122166 | waltman@fisherphillips.com |
| 11 Greenway Plaza, Suite 3050 | sbennett@fisherphillips.com |
| Houston, Texas 77046 | Attorneys for Defendant |
| 713-352-1100 – Telephone | |
| 713-352-3300 – Facsimile | |
| mjoesphson@mybackwages.com | |
| adunlap@mybackwages.com | |
| obeale@mybackwages.com | |

**BRUCKNER BURCH PLLC**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**FAGAN MCMANUS, PC**

**Jennifer L. McManus (P65976)**
25892 Woodward Avenue
Royal Oak, Michigan 58067-0910
248-542-6300 – Telephone
jmcmanus@faganlawpc.com
Local Counsel for Plaintiff

Attorneys in Charge for Plaintiff and
the Putative Class Members